IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON FABIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-CV-1137 |
| vs. ) | |
| ) | JURY DEMAND |
| JOHN BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

### ANSWER AND AFFIRMATIVE DEFENSES FOR DEFENDANTS BALDWIN, MILLER, RODRIGUEZ, ZOOK, BAYLER, BAILEY, BERRY, BROWN, EILTS, KOCHEL, SCHMELTZ, MELVIN, SNYDER, HOLTE, SIMPSON, PRENTICE, MOSS, EDWARDS, TAYLOR, DIERS, ANDERSON, PFISTER & SANDLIN

NOW COME Defendants, JOHN BALDWIN, KYLE MILLER, ANTHONY RODRIGUEZ, JOHN ZOOK, TRAVIS BAYLER, CURTIS BAILEY, JAMES BERRY, CHAD BROWN, JEFF EILTS, GREG KOCHEL, BRIAN SCHMELTZ, MICHAEL MELVIN, ROBERT SNYDER, SCOTT HOLTE, SHARON SIMPSON, SUSAN PRENTICE, ANDREA MOSS, ANDREW EDWARDS, GLADYSE TAYLOR, JOEL DIERS, TERRI ANDERSON, RANDY PFISTER and KATHLEEN SANDLIN, by and through their attorney, LISA MADIGAN, Illinois Attorney General, and pursuant to the Court's Merit Review Order of June 6, 2018, [Doc. 11], provides the following Answer and Affirmative Defenses to Plaintiff's Complaint, [Doc. 1], stating as follows:

### ALLEGATIONS ENUMERATED IN COURT ORDER DATED June 6, 2018 [DOC. 11]

1. Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated three claims: (1) a retaliation claim in violation of his First Amendment rights; (2) a Due Process claim based upon the inadequate procedural protections afforded to him at his disciplinary hearings; and (3) an Eighth Amendment claim for conditions of confinement based upon the cell conditions in segregation.

2. **ANSWER:** Defendants admit that the complaint states claims under 42 U. S. C. § 1983, but deny that any violation of Plaintiff's First Amendment, Eighth Amendment or any other constitutional rights occurred.

## REQUESTED RELIEF

1. Defendants deny that Plaintiff is entitled to compensatory damages.

2. Defendants deny that Plaintiff is entitled to punitive damages.

3. Defendants deny that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendants respectfully request trial by jury.

## AFFIRMATIVE DEFENSES

1.  At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2.  To the extent that Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3.  To the extent that Plaintiff is suing Defendants for actions of a subordinate in which Defendants were not directly involved, such claims are barred because the doctrine of *respondeat superior* is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

4.  To the extent Plaintiff seeks damages from Defendants in their official capacity, Defendants are protected from liability by the Eleventh Amendment.

5.  To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to

Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

6. To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

**WHEREFORE**, Defendants request that this Honorable Court enter judgment in their favor and against Plaintiff, FABIAN BRANDON.

| | |
|---|---|
| Dated: November 19, 2018 | Respectfully submitted, |

Lisa Madigan
Attorney General of the State of Illinois      By:   s/   *Tim Sullivan*
*Counsel for Defendants.*
                                                             Tim Sullivan
                                                             Assistant Attorney General
                                                             Office of the Illinois Attorney General
                                                             1776 East Washington Street
                                                             Urbana, Illinois 61802
                                                             Phone: (217) 278-3331
                                                             E-Mail: TSullivan@atg.state.il.us

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN BRANDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 18-CV-1137 |
| vs. | ) |
| | ) |
| JOHN BALDWIN, et al., | ) |
| | ) |
| Defendants. | ) |

I hereby certify that on NOVEMBER 19, 2018, I electronically filed the foregoing, *Answer and Affirmative Defenses to Plaintiff's Complaint*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

>Fabian Brandon #B10448
>Pontiac Correctional Center
>Inmate Mail/Parcels
>PO Box 99
>Pontiac, IL 61764

By: s/ *Tim Sullivan*
Tim Sullivan
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3331
E-Mail: TSullivan@atg.state.il.us