IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON FABIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-CV-1137 |
| vs. | ) | |
| | ) | JURY DEMAND |
| JOHN BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES FOR DEFENDANT BENTON**

Defendant, Sherry Benton, by and through her attorney, Kwame Raoul, Illinois Attorney General, and pursuant to the Court's Merit Review Order of June 6, 2018, [Doc. 11], provides the following Answer and Affirmative Defenses to Plaintiff's Complaint, [Doc. 1], stating as follows:

**ALLEGATIONS ENUMERATED IN COURT ORDER DATED June 6, 2018
[DOC. 11]**

1. Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated three claims: (1) a retaliation claim in violation of his First Amendment rights; (2) a Due Process claim based upon the inadequate procedural protections afforded to him at his disciplinary hearings; and (3) an Eighth Amendment claim for conditions of confinement based upon the cell conditions in segregation.

2. **ANSWER:** Defendant admit denies that she violated Plaintiff's First Amendment or Eighth Amendment rights, and denies any wrongdoing whatsoever.

**RELIEF REQUESTED**

Defendant denies that Plaintiff is entitled to any relief whatsoever.

**GENERAL DENIAL**

Defendant expressly denies any allegation not specifically admitted.

**JURY DEMAND**

Defendant demands a trial by jury on all issues so triable.

## **AFFIRMATIVE DEFENSES**

1. At all times relevant herein, Defendant acted in good faith in the performance of her official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

2. To the extent that Plaintiff is suing Defendant for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3. To the extent that Plaintiff is suing Defendant for actions of a subordinate in which Defendant was not directly involved, such claims are barred because the doctrine of *respondeat superior* is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

4. To the extent Plaintiff seeks damages from Defendant in her official capacity, Defendant is protected from liability by the Eleventh Amendment.

5. To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

6. To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

|  |  |
|---|---|
| KWAME RAOUL,<br>Illinois Attorney General | Respectfully Submitted,<br><br>By: s/ Megan E. Murphy<br>Megan E. Murphy<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>1776 East Washington Street<br>Urbana, Illinois 61802<br>Phone: (217) 278-3362<br>Fax: (217) 278-3370<br>Email: mmurphy@atg.state.il.us |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I electronically filed the foregoing *Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Karen L. McNaught    kmcnaught@cassiday.com

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Fabian Brandon, B10448
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

                                        Respectfully submitted,

                                        By: s/ Megan E. Murphy
                                        Megan E. Murphy
                                        Assistant Attorney General
                                        Office of the Illinois Attorney General
                                        1776 East Washington Street
                                        Urbana, Illinois 61802
                                        Phone: (217) 278-3362
                                        Fax: (217) 278-3370
                                        Email: mmurphy@atg.state.il.us