IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON FABIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-CV-1137 |
| vs. ) | |
| ) | JURY DEMAND |
| JOHN BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

## ANSWER AND AFFIRMATIVE DEFENSES FOR DEFENDANTS

Defendants, Alberardo Salinas, Marcus Hardy, and Lisa Qualls, by and through their attorney, Kwame Raoul, Illinois Attorney General, and pursuant to the Court's Merit Review Order of June 6, 2018, [Doc. 11], provides the following Answer and Affirmative Defenses to Plaintiff's Complaint, [Doc. 1], stating as follows:

## ALLEGATIONS ENUMERATED IN COURT ORDER DATED June 6, 2018 [DOC. 11]

1.      Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated three claims: (1) a retaliation claim in violation of his First Amendment rights; (2) a Due Process claim based upon the inadequate procedural protections afforded to him at his disciplinary hearings; and (3) an Eighth Amendment claim for conditions of confinement based upon the cell conditions in segregation.

**ANSWER:** Defendants deny that they violated Plaintiff's First Amendment or Eighth Amendment rights, and deny any wrongdoing whatsoever.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## GENERAL DENIAL

Defendants expressly deny any allegation not specifically admitted.

## JURY DEMAND

Defendants demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. To the extent that Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3. To the extent that Plaintiff is suing Defendants for actions of a subordinate in which Defendants were not directly involved, such claims are barred because the doctrine of *respondeat superior* is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

4. To the extent Plaintiff seeks damages from Defendants in their official capacity, Defendants are protected from liability by the Eleventh Amendment.

5. To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

6. To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

Respectfully Submitted,

KWAME RAOUL,
Illinois Attorney General

By: s/ Megan E. Murphy

        Megan E. Murphy
        Assistant Attorney General
        Office of the Illinois Attorney General
        1776 East Washington Street
        Urbana, Illinois 61802
        Phone: (217) 278-3362
        Fax: (217) 278-3370
        Email: mmurphy@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint*, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Karen L. McNaught   kmcnaught@cassiday.com

and I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

Fabian Brandon, B10448
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

        Respectfully submitted,

        By:  <u>s/ Megan E. Murphy</u>
        Megan E. Murphy
        Assistant Attorney General
        Office of the Illinois Attorney General
        1776 East Washington Street
        Urbana, Illinois 61802
        Phone: (217) 278-3362
        Fax: (217) 278-3370
        Email: mmurphy@atg.state.il.us