Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Fabian Brandon** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case Number: 18-1137** |
| | ) | |
| **John Baldwin, Marcus Hardy,** | ) | |
| **Michael P. Melvin, Randy Pfister,** | ) | |
| **Susan Prentice, Robert Snyder, Greg** | ) | |
| **Kochel, Motteler, James Berry, Jeff** | ) | |
| **Eilts, John Zook, Kyle Miller, Curtis** | ) | |
| **Bailey, Anthony Rodriguez, Brian** | ) | |
| **Schmeltz, Terri Anderson,** | ) | |
| **Billie W. Greer, Sherry Benton,** | ) | |
| **Sharon Simpson, Kathleen Sandlin,** | ) | |
| **Chad M. Brown, Aberardo A. Salinas,** | ) | |
| **Lisa Qualls, Travis Bayler, Ray Lovell,** | ) | |
| **John Doe I, Andrew Edwards, William** | ) | |
| **Alley, Steven Lanterman, Kelly Hagg,** | ) | |
| **Andrea Moss, Thompson, John Doe II,** | ) | |
| **Joel Diers, Scott T. Holte,** | ) | |
| **Vickie K. Kendrick, Gladyse C. Taylor,** | ) | |
| **T Scott Keen, John Doe III, John Doe Iv.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim upon which relief can be granted.

**Dated:**   10/28/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
